IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| HELEN MARTIN GILBERT, as the surviving Sister and Administrator of the Estate of EURIE LEE MARTIN, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO: 5:23-CV-00239-TES |
| v. | ) ) | |
| HENRY LEE COPELAND, in his individual capacity; MICHAEL HOWELL, in his individual capacity; and RHETT BUTLER SCOTT, in his individual capacity, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ANSWER AND DEFENSES OF DEFENDANTS

COME NOW HENRY LEE COPELAND, MICHAEL HOWELL and RHETT BUTLER SCOTT, Defendants in the above-styled civil action, and file this their Answer and Defenses to Plaintiff's Complaint as follows:

## FIRST DEFENSE

Plaintiff's Complaint, and each and every paragraph set forth therein, fails to state or set forth claims against Defendants upon which relief may be granted.

## SECOND DEFENSE

For their second defense, Defendants answer and respond to the numbered paragraphs of Plaintiff's Complaint as follows:

## INTRODUCTION

### 1.

Defendants deny any factual allegations set forth in paragraph 1 of Plaintiff's Complaint, and deny that they are liable to Plaintiff in any manner.

## THE PARTIES

### 2.

Defendants can neither admit nor deny the allegations set forth in paragraph 2 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

### 3.

In response to paragraph 3 of the Complaint, Defendants admit the allegations set forth in the first two sentences, admit that Plaintiff purports to sue Defendant Copeland in his individual and supervisory capacities, as alleged in the third sentence, and admit that Defendant Copeland has been served and is subject to personal jurisdiction in this Court.

### 4.

In response to paragraph 4 of the Complaint, Defendants admit the allegations set forth in the first two sentences, admit that Plaintiff purports to sue Defendant Howell in his individual capacity, as alleged in the third sentence, and admit that Defendant Howell has been served and is subject to

personal jurisdiction in this Court.

5.

In response to paragraph 4 of the Complaint, Defendants admit the allegations set forth in the first two sentences, admit that Plaintiff purports to sue Defendant Scott in his individual capacity, as alleged in the third sentence, and admit that Defendant Scott has been served and is subject to personal jurisdiction in this Court.

## JURISDICTION AND VENUE

6.

Defendant denies the allegations set forth in paragraph 6 of the Complaint in the form and manner alleged; Defendants deny that they violated Plaintiff's Decedent's constitutional rights in any manner and therefore deny that this Court has federal question jurisdiction; however, Defendants admit that jurisdiction and venue can be based upon 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3)(4) over properly stated and supported federal questions and actions.

7.

In response to paragraph 7 of the Complaint, Defendants admit that this Court has personal jurisdiction.

8.

Defendants admit the allegations set forth in paragraph 8 of Plaintiff's

3

Complaint.

## 9.

Defendants admit the allegations set forth in paragraph 9 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS

## 10.

Defendants deny the allegations set forth in paragraph 10 of Plaintiff's Complaint.

## 11.

Defendants admit the allegations set forth in paragraph 11 of Plaintiff's Complaint.

## 12.

Defendants admit the allegations set forth in paragraph 12 of Plaintiff's Complaint.

## 13.

Defendants admit the allegations set forth in paragraph 13 of Plaintiff's Complaint.

## 14.

Defendants deny the allegations set forth in paragraph 14 of Plaintiff's Complaint.

15.

Defendants deny the allegations set forth in paragraph 15 of Plaintiff's Complaint.

16.

Defendants admit the allegations set forth in paragraph 16 of Plaintiff's Complaint.

17.

Defendants can neither admit nor deny the allegations set forth in paragraph 17 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

18.

Defendants admit the allegations set forth in paragraph 18 of Plaintiff's Complaint.

19.

Defendants deny the allegations set forth in paragraph 19 of Plaintiff's Complaint in the form and manner alleged.

20.

Defendants deny the allegations set forth in paragraph 20 of Plaintiff's Complaint in the form and manner alleged.

21.

Defendants deny the allegations set forth in paragraph 21 of Plaintiff's Complaint in the form and manner alleged.

22.

Defendants deny the allegations set forth in paragraph 22 of Plaintiff's Complaint in the form and manner alleged.

23.

Defendants deny the allegations set forth in paragraph 23 of Plaintiff's Complaint in the form and manner alleged.

24.

Defendants deny the allegations set forth in paragraph 24 of Plaintiff's Complaint, as Defendant Howell saw Mr. Martin walking on the highway.

25.

Defendants deny the allegations set forth in paragraph 25 of Plaintiff's Complaint in the form and manner alleged.

26.

Defendants admit the allegations set forth in paragraph 26 of Plaintiff's Complaint.

27.

Defendants deny the allegations set forth in paragraph 27 of Plaintiff's Complaint in the form and manner alleged.

28.

Defendants admit the allegations set forth in paragraph 28 of Plaintiff's Complaint.

29.

Defendants admit the allegations set forth in paragraph 29 of Plaintiff's Complaint.

30.

Defendants admit the allegations set forth in paragraph 30 of Plaintiff's Complaint.

31.

Defendants deny the allegations set forth in paragraph 31 of Plaintiff's Complaint.

32.

Defendants admit the allegations set forth in paragraph 32 of Plaintiff's Complaint.

33.

Defendants deny the allegations set forth in paragraph 33 of Plaintiff's Complaint in the form and manner alleged.

34.

Defendants admit the allegations set forth in paragraph 34 of Plaintiff's Complaint.

35.

Defendants deny the allegations set forth in paragraph 35 of Plaintiff's Complaint.

36.

Defendants deny the allegations set forth in paragraph 36 of Plaintiff's Complaint in the form and manner alleged.

37.

Defendants deny the allegations set forth in paragraph 37 of Plaintiff's Complaint in the form and manner alleged.

38.

Defendants deny the allegations set forth in paragraph 38 of Plaintiff's Complaint in the form and manner alleged.

39.

Defendants deny the allegations set forth in paragraph 39 of Plaintiff's Complaint in the form and manner alleged.

40.

Defendants deny the allegations set forth in paragraph 40 of Plaintiff's Complaint in the form and manner alleged.

41.

Defendants deny the allegations set forth in paragraph 41 of Plaintiff's Complaint in the form and manner alleged.

42.

Defendants deny the allegations set forth in paragraph 42 of Plaintiff's Complaint in the form and manner alleged.

43.

Defendants deny the allegations set forth in paragraph 43 of Plaintiff's Complaint in the form and manner alleged.

44.

In response to paragraph 44 of the Complaint, Defendants admit that a truck stopped near the scene as certain events were occurring and one occupant video recording a portion of the events, but Defendants deny the remaining allegations set forth in paragraph 44 of Plaintiff's Complaint in the form and manner alleged.

45.

Defendants admit the allegations set forth in paragraph 45 of Plaintiff's Complaint, except as to the initiated timing of the referenced events and statement.

46.

Defendants deny the allegations set forth in paragraph 46 of Plaintiff's Complaint in the form and manner alleged.

47.

Defendants deny the allegations set forth in paragraph 47 of Plaintiff's

Complaint.

48.

Defendants deny the allegations set forth in paragraph 48 of Plaintiff's Complaint.

49.

Defendants deny the allegations set forth in paragraph 49 of Plaintiff's Complaint.

50.

Defendants deny the allegations set forth in paragraph 50 of Plaintiff's Complaint.

51.

Defendants deny the allegations set forth in paragraph 51 of Plaintiff's Complaint.

52.

Defendants admit that during the initial events the events referenced in the allegations set forth in paragraph 52 of Plaintiff's Complaint occurred.

53.

Defendants deny the allegations set forth in paragraph 53 of Plaintiff's Complaint in the form and manner alleged, but admit that Defendant Copeland deployed a Taser to try to restrain and detain Martin during the incident.

54.

Defendants deny the allegations set forth in paragraph 54 of Plaintiff's Complaint in the form and manner alleged.

55.

Defendants deny the allegations set forth in paragraph 55 of Plaintiff's Complaint in the form and manner alleged.

56.

Defendants admit the allegations set forth in paragraph 56 of Plaintiff's Complaint.

57.

Defendants deny the allegations set forth in paragraph 57 of Plaintiff's Complaint in the form and manner alleged.

58.

Defendants admit the allegations set forth in paragraph 58 of Plaintiff's Complaint.

59.

Defendants deny the allegations set forth in paragraph 59 of Plaintiff's Complaint in the form and manner alleged.

60.

Defendants admit the allegations set forth in paragraph 60 of Plaintiff's Complaint.

61.

Defendants admit the allegations set forth in paragraph 61 of Plaintiff's Complaint.

62.

Defendants deny the allegations set forth in paragraph 62 of Plaintiff's Complaint in the form and manner alleged.

63.

Defendants deny the allegations set forth in paragraph 63 of Plaintiff's Complaint in the form and manner alleged.

64.

Defendants admit the allegations set forth in paragraph 64 of Plaintiff's Complaint.

65.

Defendants admit the allegations set forth in paragraph 65 of Plaintiff's Complaint.

66.

Defendants deny the allegations set forth in paragraph 66 of Plaintiff's Complaint in the form and manner alleged.

67.

Defendants deny the allegations set forth in paragraph 67 of Plaintiff's Complaint in the form and manner alleged.

68.

Defendants deny the allegations set forth in paragraph 68 of Plaintiff's Complaint in the form and manner alleged.

69.

Defendants admit the allegations set forth in paragraph 69 of Plaintiff's Complaint.

70.

Defendants admit the allegations set forth in paragraph 70 of Plaintiff's Complaint.

71.

Defendants deny the allegations set forth in paragraph 71 of Plaintiff's Complaint in the form and manner alleged.

72.

In response to paragraph 72 of the Complaint, Defendants deny the allegations set forth in the first sentence in the form and manner alleged and admit the allegations set forth in the second sentence.

73.

Defendants can neither admit nor deny the allegations set forth in paragraph 73 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

74.

Defendants deny the allegations set forth in paragraph 74 of Plaintiff's Complaint in the form and manner alleged.

75.

Defendants admit the allegations set forth in paragraph 75 of Plaintiff's Complaint.

76.

Defendants deny the allegations set forth in paragraph 76 of Plaintiff's Complaint in the form and manner alleged.

77.

Defendants deny the allegations set forth in paragraph 77 of Plaintiff's Complaint.

78.

Defendants deny the allegations set forth in paragraph 78 of Plaintiff's Complaint.

79.

Defendants deny the allegations set forth in paragraph 79 of Plaintiff's Complaint.

80.

Defendants deny the allegations set forth in paragraph 80 of Plaintiff's Complaint.

81.

Defendants deny the allegations set forth in paragraph 81 of Plaintiff's Complaint.

82.

Defendants deny the allegations set forth in paragraph 82 of Plaintiff's Complaint in the form and manner alleged.

83.

Defendants can neither admit nor deny the allegations set forth in paragraph 83 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

84.

Defendants can neither admit nor deny the allegations set forth in paragraph 84 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

85.

Defendants deny the allegations set forth in paragraph 85 of Plaintiff's Complaint in the form and manner alleged.

86.

Defendants deny the allegations set forth in paragraph 86 of Plaintiff's

Complaint.

87.

Defendants deny the allegations set forth in paragraph 87 of Plaintiff's Complaint.

88.

Defendants deny the allegations set forth in paragraph 88 of Plaintiff's Complaint.

89.

Defendants deny the allegations set forth in paragraph 89 of Plaintiff's Complaint.

90.

Defendants deny the allegations set forth in paragraph 90 of Plaintiff's Complaint.

91.

Defendants deny the allegations set forth in paragraph 91 of Plaintiff's Complaint.

92.

Defendants deny the allegations set forth in paragraph 92 of Plaintiff's Complaint.

93.

Defendants deny the allegations set forth in paragraph 93 of Plaintiff's

Complaint.

94.

Defendants can neither admit nor deny the allegations set forth in paragraph 94 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

95.

Defendants can neither admit nor deny the allegations set forth in paragraph 95 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

96.

Defendants can neither admit nor deny the allegations set forth in paragraph 96 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

97.

Defendants can neither admit nor deny the allegations set forth in paragraph 97 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

98.

Defendants can neither admit nor deny the allegations set forth in paragraph 98 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

99.

Defendants admit the allegations set forth in paragraph 99 of Plaintiff's Complaint.

100.

Defendants deny the allegations set forth in paragraph 100 of Plaintiff's Complaint in the form and manner alleged.

101.

Defendants deny the allegations set forth in paragraph 101 of Plaintiff's Complaint in the form and manner alleged.

102.

Defendants admit the allegations set forth in paragraph 102 of Plaintiff's Complaint.

103.

Defendants admit the allegations set forth in paragraph 103 of Plaintiff's Complaint.

104.

In response to paragraph 104 of the Complaint, Defendants admit that a grand jury in Washington County returned an indictment based upon a one-sided presentation of the evidence, resulting in charges being brought, but Defendants deny that a grand jury concluded that "Martin's death was murder" and that Defendants "murdered Mr. Martin."

105.

Defendants admit that the statements set forth in paragraph 105 of Plaintiff's Complaint is a generally accurate but incomplete statement of law.

106.

Defendants admit that the statements set forth in paragraph 106 of Plaintiff's Complaint is generally an accurate statement of law.

107.

Defendants admit that the statements set forth in paragraph 107 of Plaintiff's Complaint is a generally accurate but incomplete statement of law.

108.

Defendants admit the allegations set forth in paragraph 108 of Plaintiff's Complaint.

109.

Defendants admit the allegations set forth in paragraph 109 of Plaintiff's Complaint.

110.

Defendants admit the allegations set forth in paragraph 110 of Plaintiff's Complaint.

111.

Defendants deny the allegations set forth in paragraph 111 of Plaintiff's Complaint.

112.

Defendants deny the allegations set forth in paragraph 112 of Plaintiff's Complaint.

113.

Defendants deny the allegations set forth in paragraph 113 of Plaintiff's Complaint.

114.

Defendants deny the allegations set forth in paragraph 114 of Plaintiff's Complaint.

115.

Defendants deny the allegations set forth in paragraph 115 of Plaintiff's Complaint.

116.

Defendants deny the allegations set forth in paragraph 116 of Plaintiff's Complaint.

117.

Defendants deny the allegations set forth in paragraph 117 of Plaintiff's Complaint.

118.

Defendants deny the allegations set forth in paragraph 118 of Plaintiff's Complaint.

119.

Defendants can neither admit nor deny the allegations set forth in paragraph 119 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

120.

Defendants deny the allegations set forth in paragraph 120 of Plaintiff's Complaint.

121.

Defendants deny the allegations set forth in paragraph 121 of Plaintiff's Complaint.

122.

Defendants can neither admit nor deny the allegations set forth in paragraph 122 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of

same.

123.

Defendants can neither admit nor deny the allegations set forth in paragraph 123 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

124.

Defendants can neither admit nor deny the allegations set forth in paragraph 124 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

125.

Defendants can neither admit nor deny the allegations set forth in paragraph 125 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

126.

Defendants deny the allegations set forth in paragraph 126 of Plaintiff's Complaint.

127.

Defendants can neither admit nor deny the allegations set forth in

paragraph 127 of Plaintiff's Complaint for lack of sufficient information to form a belief as to the truth thereof, and hereby puts Plaintiff upon strict proof of same.

### 128.

Defendants deny the allegations set forth in paragraph 128 of Plaintiff's Complaint.

### 129.

Defendants deny the allegations set forth in paragraph 129 of Plaintiff's Complaint.

### 130.

Defendants deny the allegations set forth in paragraph 130 of Plaintiff's Complaint.

### 131.

Defendants deny the allegations set forth in paragraph 131 of Plaintiff's Complaint.

### 132.

Defendants deny the allegations set forth in paragraph 132 of Plaintiff's Complaint.

### 133.

Defendants deny the allegations set forth in paragraph 133 of Plaintiff's Complaint.

## Count I

## 42 U.S.C. § 1983 – Violation of the 4th Amendment
## of the United States Constitution

### 134.

Defendants deny the allegations set forth in paragraph 134 of Plaintiff's Complaint.

### 135.

Defendants deny the allegations set forth in paragraph 135 of Plaintiff's Complaint.

### 136.

Defendants deny the allegations set forth in paragraph 136 of Plaintiff's Complaint.

### 137.

Defendants deny the allegations set forth in paragraph 137 of Plaintiff's Complaint.

### 138.

Defendants deny the allegations set forth in paragraph 138 of Plaintiff's Complaint.

### 139.

Defendants deny the allegations set forth in paragraph 139 of Plaintiff's Complaint.

140.

Defendants deny the allegations set forth in paragraph 140 of Plaintiff's Complaint.

## **Count II**

### **42 U.S.C. § 1983 – Failure to Intervene in Violation of The 4th Amendment of the United States Constitution**

141.

Defendants deny the allegations set forth in paragraph 141 of Plaintiff's Complaint.

142.

Defendants deny the allegations set forth in paragraph 142 of Plaintiff's Complaint.

143.

Defendants deny the allegations set forth in paragraph 143 of Plaintiff's Complaint.

144.

Defendants deny the allegations set forth in paragraph 144 of Plaintiff's Complaint.

## **Defendant Howell**

145.

Defendants deny the allegations set forth in paragraph 145 of Plaintiff's

Complaint.

146.

Defendants deny the allegations set forth in paragraph 146 of Plaintiff's Complaint.

147.

Defendants deny the allegations set forth in paragraph 147 of Plaintiff's Complaint.

148.

Defendants deny the allegations set forth in paragraph 148 of Plaintiff's Complaint.

**<u>Defendant Scott</u>**

149.

Defendants deny the allegations set forth in paragraph 149 of Plaintiff's Complaint.

150.

Defendants deny the allegations set forth in paragraph 150 of Plaintiff's Complaint.

151.

Defendants deny the allegations set forth in paragraph 151 of Plaintiff's Complaint.

152.

Defendants deny the allegations set forth in paragraph 152 of Plaintiff's Complaint.

153.

Defendants deny the allegations set forth in paragraph 153 of Plaintiff's Complaint.

154.

Defendants deny the allegations set forth in paragraph 154 of Plaintiff's Complaint.

## Count III

### Deliberate Indifference Under 42 U.S.C. § 1983
### Against Defendants – Failure to Provide Medical Care

155.

Defendants deny the allegations set forth in paragraph 155 of Plaintiff's Complaint.

156.

Defendants deny the allegations set forth in paragraph 156 of Plaintiff's Complaint.

157.

Defendants deny the allegations set forth in paragraph 157 of Plaintiff's Complaint.

158.

Defendants deny the allegations set forth in paragraph 158 of Plaintiff's Complaint.

## Count IV

## 42 U.S.C. § 1983 – Defendant Copeland's Supervisory Liability for Excessive Force

159.

Defendants admit the allegations set forth in paragraph 159 of Plaintiff's Complaint.

160.

Defendants admit the allegations set forth in paragraph 160 of Plaintiff's Complaint.

161.

Defendants deny the allegations set forth in paragraph 161 of Plaintiff's Complaint.

162.

Defendants deny the allegations set forth in paragraph 162 of Plaintiff's Complaint.

163.

Defendants deny the allegations set forth in paragraph 163 of Plaintiff's Complaint.

164.

Defendants deny the allegations set forth in paragraph 164 of Plaintiff's Complaint.

165.

Defendants deny the allegations set forth in paragraph 165 of Plaintiff's Complaint.

166.

Defendants deny the allegations set forth in paragraph 166 of Plaintiff's Complaint.

167.

Defendants deny the allegations set forth in paragraph 167 of Plaintiff's Complaint.

168.

Defendants deny the allegations set forth in paragraph 168 of Plaintiff's Complaint.

169.

Defendants deny the allegations set forth in paragraph 169 of Plaintiff's Complaint.

170.

Defendants deny the allegations set forth in paragraph 170 of Plaintiff's Complaint.

171.

Defendants deny the allegations set forth in paragraph 171 of Plaintiff's Complaint.

172.

Defendants deny the allegations set forth in paragraph 172 of Plaintiff's Complaint.

173.

Defendants deny the allegations set forth in paragraph 173 of Plaintiff's Complaint.

174.

Defendants deny the allegations set forth in paragraph 174 of Plaintiff's Complaint.

## **Count V**

### **42 U.S.C. § 1983 – Defendant Copeland's Supervisory Liability For Failure to Render Medical Aid**

175.

Defendants admit the allegations set forth in paragraph 175 of Plaintiff's Complaint.

176.

Defendants admit the allegations set forth in paragraph 176 of Plaintiff's Complaint.

177.

Defendants deny the allegations set forth in paragraph 177 of Plaintiff's Complaint.

178.

Defendants deny the allegations set forth in paragraph 178 of Plaintiff's Complaint.

179.

Defendants deny the allegations set forth in paragraph 179 of Plaintiff's Complaint.

180.

Defendants deny the allegations set forth in paragraph 180 of Plaintiff's Complaint.

181.

Defendants deny the allegations set forth in paragraph 181 of Plaintiff's Complaint.

182.

Defendants deny the allegations set forth in paragraph 182 of Plaintiff's Complaint.

183.

Defendants deny the allegations set forth in paragraph 183 of Plaintiff's Complaint.

## Count VI

## Attorney's Fees and Expenses of Litigation

184.

Defendants deny the allegations set forth in paragraph 184 of Plaintiff's Complaint.

185.

Defendants deny any and all other allegations set forth in Plaintiff's Complaint not expressly admitted herein.

## THIRD DEFENSE

Defendants in their individual capacities are protected by qualified immunity as to all constitutional claims brought pursuant to 42 U.S.C. §1983 because, at all times relevant hereto, they were performing objectively reasonable, discretionary acts as a law enforcement officers and did not violate a clearly established federal right of which a reasonable officer would have known.

## FOURTH DEFENSE

Defendant Copeland in his supervisory capacity cannot be held liable under 42 U.S.C. §1983 on the basis of *respondeat superior* liability, and Defendant Copeland did not maintain any policies, customs or practices which proximately caused the alleged unconstitutional conduct forming the basis of Plaintiffs' Complaint.

## FIFTH DEFENSE

The allegations set forth in the Complaint do not rise to the level of a constitutional deprivation under color of state law and therefore do not support a claim for relief under 42 U.S.C. §1983.

## SIXTH DEFENSE

To the extent applicable, Plaintiff may not be the real party in interest to assert the claims presented and lacks standing.

WHEREFORE, having fully answered, Defendants pray that judgment be entered in their favor and against the Plaintiff, that Plaintiff takes nothing, and that Defendants be awarded their costs incurred in defending this action.

**TRIAL BY JURY IS DEMANDED.**

This 14th day of August, 2023.

WILLIAMS & WAYMIRE, LLC

*/s/ Terry E. Williams*
TERRY E. WILLIAMS
Georgia Bar No. 764330
Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
(678) 541-0790
(678) 541-0789(f)
terry@wmwlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the within and foregoing ANSWER AND DEFENSES OF DEFENDANTS on all parties via U.S. Mail and/or the Court's electronic filing system, as follows:

Francys Johnson
fjohnson@davisbozemanlaw.com
DAVIS BOZEMAN JOHNSON LAW
51 East Main Street
Statesboro, GA 30458

Mawuli M. Davis
mdavis@davisbozemanlaw.com
Harold W. Spence
hspence@davisbozemanlaw.com
DAVIS BOZEMAN JOHNSON LAW
4153-C Flat Shoals Parkway
Suite 332
Decatur, GA 30034

This 14th day of August, 2023.

WILLIAMS & WAYMIRE, LLC

*/s/ Terry E. Williams*
TERRY E. WILLIAMS
Georgia Bar No. 764330
Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA  30518
678-541-0790
678-541-0789
terry@wmwlaw.com