IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HELEN MARTIN GILBERT, as the surviving Sister and Administrator of the Estate of EURIE LEE MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> HENRY LEE COPELAND, in his individual capacity; MICHAEL HOWELL, in his individual capacity; and RHETT BUTLER SCOTT, in his individual capacity, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO: 5:23-CV-00239-TES |

## **DEFENDANTS' MOTION TO STAY CIVIL PROCEEDINGS**

COME NOW Defendants in the above-styled civil action, and file this their Motion to Stay Civil Proceedings until related criminal charges against the Defendants in the Superior Court of Washington County have been resolved. In support of the motion, Defendants rely upon all pleadings filed in this case, the accompanying brief in support, and the following exhibits:

1. Exhibit A: Indictment No. 18CR46A;

2. Exhibit B: Indictment No. 18CR46B;

3. Exhibit C: Indictment No. 18CR46C; and

4. Exhibit D: Order Granting Defendants' Motion for Mistrial.

Respectfully submitted, this 9th day of October, 2023.

WILLIAMS & WAYMIRE, LLC

*/s/ Terry E. Williams*
TERRY E. WILLIAMS
Georgia Bar No. 764330
Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA 30518
(678) 541-0790
(678) 541-0789(f)
terry@wmwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the within and foregoing DEFENDANTS' MOTION TO STAY CIVIL PROCEEDINGS on all parties via U.S. Mail and/or the Court's electronic filing system, as follows:

Francys Johnson
fjohnson@davisbozemanlaw.com
DAVIS BOZEMAN JOHNSON LAW
51 East Main Street
Statesboro, GA 30458

Mawuli M. Davis
mdavis@davisbozemanlaw.com
Harold W. Spence
hspence@davisbozemanlaw.com
DAVIS BOZEMAN JOHNSON LAW
4153-C Flat Shoals Parkway
Suite 332
Decatur, GA 30034

This 9th day of October, 2023.

                                            WILLIAMS & WAYMIRE, LLC

                                            */s/ Terry E. Williams*
                                            TERRY E. WILLIAMS
                                            Georgia Bar No. 764330
                                            Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, GA  30518
678-541-0790
678-541-0789
terry@wmwlaw.com