# EXHIBIT A

# INDICTMENT NO. 18CR46A

INDICTMENT NO. __18CR46A__
WASHINGTON SUPERIOR COURT, JUNE TERM, 2018

| STATE OF GEORGIA | Counts 1-2: Felony Murder |
|---|---|
| vs. | Counts 3-4: Involuntary Manslaughter |
| HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT | Count 5: False Imprisonment |
| | Count 6: Aggravated Assault |
| | Count 7: Simple Assault |
| | Count 8: Reckless Conduct |

## INDICTMENT

_____True_____ BILL

_____James H. Armstrong_____
FOREPERSON

Returned in open court by the grand jury bailiff, announced by the court, and filed in office, this __19th__ day of __June__, 20__18__.

_____Jay H. Conner_____
CLERK, SUPERIOR COURT

The defendant, **HENRY LEE COPELAND/MICHAEL HOWELL/RHETT SCOTT**, waives being formally arraigned, waives copy of indictment, and pleads __not guilty__. This __9th__ day of __August__, 20__18__.

_____Henry Lee Copeland_____
DEFENDANT

_____
DEFENDANT'S ATTORNEY

_____
DISTRICT ATTORNEY

**WITNESSES FOR THE STATE:**

*Trey Burgamy, WCSO
*Elizabeth Clenney, GBI
*Chris Baldwin, GBI
*Thomas Bell, GBI
*Danielle O'Connor, GBI

*Eugene Howard, GBI
*John E. Durden, Jr., GBI
Matthew Bryan, GBI
Ryan Carmichael, GBI
Niki Simmons, GBI

IN THE SUPERIOR COURT OF WASHINGTON COUNTY
STATE OF GEORGIA

## INDICTMENT

NO. _18CR46A_

The grand jurors selected, chosen, and sworn for said county, to-wit:

| | |
|---|---|
| James H. Armstrong, Foreperson | Centore L. Miller |
| Ashley M. Mathis, Assistant Foreperson | Michael A. Poole |
| Judy G. Miller, Clerk | Johnie L. Jordan |
| Gennie M. Taylor | Shirley M. Armstrong |
| Olyn L. McKinney | Jamie T. Kitchens |
| Joshua K. Norris | Tyler T. Bennett |
| Morgan S. Lindsey | La'Kia J. Washington |
| Alaina G. Dawson | Antonio M. Brown |
| James E. Rogers | Eric Jordan |
| Rosco Walls | Jeremy Lindsey |
| Louann Rudziensky | Willie P. Dixon |
| Hugh Smith | |

in the name and behalf of the citizens of Georgia, charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **FELONY MURDER** (O.C.G.A. § 16-5-1(c)) for that the said accused on or about **July 7, 2017**, in the county aforesaid, did then and there while in the commission of the offense of false imprisonment, a felony, unlawfully cause the death of Eurie Lee Martin, a human being, by use of force, to wit: by tasing him and by physically assaulting him, contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

State vs. Henry Lee Copeland, Michael Howell, and Rhett Scott
Indictment No. __18CR46A__, June Term, 2018
Page 2

**Count 2:** And the grand jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **FELONY MURDER (O.C.G.A. § 16-5-1(c))** for that the said accused **on or about July 7, 2017**, in the county aforesaid, did then and there while in the commission of the offense of aggravated assault, a felony, unlawfully cause the death of Eurie Lee Martin, a human being, by use of force, to wit: by tasing him and by physically assaulting him, contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

**Count 3:** And the grand jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **INVOLUNTARY MANSLAUGHTER (O.C.G.A. § 16-5-3(a))** for that the said accused **on or about July 7, 2017**, in the county aforesaid, did then and there while in the commission of reckless conduct, an unlawful act, unlawfully cause the death of Eurie Lee Martin, a human being, without any intention to do so, by use of force, to wit: by tasing him and by physically assaulting him, contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

**Count 4:** And the grand jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **INVOLUNTARY MANSLAUGHTER (O.C.G.A. § 16-5-3(a))** for that the said accused **on or about July 7, 2017**, in the county aforesaid, did then and there while in the commission of simple assault, an unlawful act, unlawfully cause the death of Eurie Lee Martin, a human being, without any intention to do so, by use of force, to wit: by tasing him and by physically assaulting him, contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

**Count 5:** And the grand jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **FALSE IMPRISONMENT (O.C.G.A. § 16-5-41)** for that the said accused **on or about July 7, 2017**, in the county aforesaid, did then and there without legal authority and in violation of the personal liberty of Eurie Lee Martin, unlawfully confine and detain Eurie Lee Martin, contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

**Count 6:** And the grand jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **AGGRAVATED ASSAULT (O.C.G.A. § 16-5-21)** for that the said accused **on or about July 7, 2017**, in the county aforesaid, did then and there unlawfully make an assault upon the person of Eurie Lee Martin with a deadly weapon, to wit: a taser, by use of force (by tasing him and by physically assaulting him), contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

State vs. Henry Lee Copeland, Michael Howell, and Rhett Scott
Indictment No. 18CR46A, June Term, 2018
Page 3

**Count 7:** And the grand jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **SIMPLE ASSAULT** (O.C.G.A. § 16-5-20) for that the said accused **on or about July 7, 2017,** in the county aforesaid, did then and there unlawfully commit acts which placed Eurie Lee Martin in reasonable apprehension of immediately receiving a violent injury by use of force, to wit: by tasing him and by physically assaulting him, contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

**Count 8:** And the grand jurors aforesaid, on their oaths aforesaid, in the name and behalf of the citizens of Georgia, further charge and accuse **HENRY LEE COPELAND, MICHAEL HOWELL, and RHETT SCOTT** with the offense of **RECKLESS CONDUCT** (O.C.G.A. § 16-5-60(b)) for that the said accused **on or about July 7, 2017,** in the county aforesaid, did then and there unlawfully cause bodily harm to Eurie Lee Martin by consciously disregarding a substantial and unjustifiable risk that their acts of use of force, to wit: tasing him and physically assaulting him, would cause harm to said person and the disregard constituted a gross deviation from the standard of care which a reasonable person would exercise in the situation, contrary to the laws of the state of Georgia, the good order, peace, and dignity thereof.

**WASHINGTON SUPERIOR COURT**  
**JUNE TERM, 2018**

**HAYWARD ALTMAN**  
**DISTRICT ATTORNEY**