# EXHIBIT D

# Order Granting Defendants' Motion for Mistrial

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WASHINGTON COUNTY, GEORGIA
**SUCR2018000046**
FLANDERS
OCT 27, 2021 09:12 AM

Megan Cramer, Clerk
Washington County, Georgia

SUPERIOR COURT OF WASHINGTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA | : | INDICTMENT NO: |
| | : | 18CR00046A (Henry Lee) |
| vs. | : | 18CR00046B (Michael Howell) |
| | : | 18CR00046C (Rhett Scott) |
| HENRY LEE COPELAND, | : | |
| MICHAEL HOWELL and | : | |
| RHETT SCOTT, | : | |
| Defendants | : | |

### ORDER GRANTING DEFENDANTS' MOTION FOR MISTRIAL

On October 26, 2021, the Defendants' moved for a mistrial based upon the jurors' inability to reach a unanimous verdict. The State did not oppose the motion for mistrial. The record shows the following:

1. On October 11, 2021, the jury trial began with selection of the jury. The jury of twelve persons and four alternates was selected on October 13, 2021.

2. On October 14, 2021, the jury was sworn-in, and the trial began with opening statements and the presentation of evidence.

3. On October 21, 2021, the State and Defendant rested with the completion of evidence, and closing arguments were completed.

4. On October 22, 2021, the charge to the jury was given, and the jurors began deliberations.

5. The jury deliberated for three days. With the consent of the State and Defendants, on October 26 at approximately 4:15 p.m. the Court asked the jurors four questions and based upon their responses it was uncontroverted that the jurors were deadlocked with no probability of reaching a unanimous verdict on any count for each of the three Defendants. The

1

foreperson stated, and the remaining jurors agreed, there had been no meaningful change in the jurors' positions from the first day of deliberations on October 22, 2021, to the time of inquiry on October 26, 2021, and in their opinion further deliberations would not likely result in reaching a unanimous verdict.

The Court grants the Defendants' uncontested Motion for Mistrial based upon the jury's inability to reach a unanimous verdict as to any of the counts for each of the Defendants.

So ordered October 26, 2021.

*H. Gibb Flanders, Jr.*

H. Gibbs Flanders, Jr., Senior Superior Court Judge
Presiding by Designation

Clerk to serve copy of order upon Counsel for the State and the Defendants

FILED IN OFFICE

NOV 01 2021

Megan Cramer
Clerk

## CERTIFICATE OF SERVICE

I, Megan Cramer, Clerk of Superior Court, do hereby certify that I have this day served upon the parties and/or their attorneys the within copy of **Order Granting Defendants' Motion for Mistrial** in reference to **18CR46A, 18CR46B, and 18CR46C,** by emailing a true copy of the same to the following:

John A. (Tripp) Fitzner, III
District Attorney
Middle Judicial Circuit
P.O. Drawer 590
Swainsboro, Georgia 30401
tfitzner@pacga.org

S. Hayward Altman
Special Assistant District Attorney
Middle Judicial Circuit
P.O. Drawer 590
Swainsboro, Georgia 30401
hayward.altman@pacga.org

Kelly Jenkins Weathers
Chief Assistant District Attorney
Middle Judicial Circuit
P.O. Drawer 590
Swainsboro, Georgia 30401
kjweathers@pacga.org

Pierce G. Blitch, IV, Esq.
Attorney for Defendants Copeland and Scott
P.O. Box 2208
Evans, Georgia 30809
pblitch@flemingnelson.com

Shawn M. Merzlak, Esq,
Attorney for Defendant Howell
338 Telfair Street
Augusta, Georgia 30901
smerzlak@hawklawgroup.com

This 1st day of November, 2021.

Megan Cramer, Clerk
Washington County Superior Court