IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELEN MARTIN GILBERT<br>As the surviving Sister and<br>Administrator of the Estate of<br>EURIE LEE MARTIN,<br><br>      Plaintiff,<br><br>vs.<br><br>HENRY LEE COPELAND, in his individual capacity; MICHAEL HOWELL, in his individual capacity; and RHET SCOTT in his individual capacity,<br><br>      Defendants. | CIVIL ACTION NO.<br>5:23-CV-00239-TES |

_____

### CIVIL CALENDAR STATUS REPORT

| | |
|---|---|
| Judge Tilman E. Self, III<br>U.S. District Court, Middle District of Georgia<br>Post Office Box 506<br>Macon, Georgia 31202 | Vanessa_Siaca@gamd.uscourts.gov<br>Vanessa Siaca, Scheduling Clerk<br>Chambers of Judge Tilman E. Self<br>Post Office Box 506<br>Macon, Georgia 31202 |

    Counsel for the parties in the above-referenced case submit the following status report as directed by the Court:

1. On January 28, 2025, counsel for the parties filed a Joint Motion for Extension of Time to Complete Discovery.

2. On February 11, 2025, the Court granted the Joint Motion and ordered counsel to complete discovery by August 11, 2025, and dispositive motions to be filed by September 11, 2025.

3. The Court further ordered counsel to submit a status report within 10 days after the close of discovery, no later than August 21, 2025, concerning the status of the pending criminal case against the three above-named defendants.

4. On April 2, 2025, Judge H. Gibbs Flanders, Jr., presiding Judge in the Superior Court of Washington County criminal matter (Case No. SUCR 2018000046), specially set the criminal trial of the defendants in the subject case to begin on November 3, 2025 (*see* Exhibit A), and to extend through November 21, 2025.

5. In light of the special setting of the related criminal trial in November, the parties submit that discovery in this matter can most effectively and efficiently be conducted following the conclusion of that trial. Accordingly, the parties respectfully request that the Court stay discovery until the criminal trial has concluded and permit a six (6) month discovery period to commence upon notice of its conclusion.

    Respectfully submitted this 11th day of August, 2025.

/s/ Harold W. Spence
HAROLD W. SPENCE
Georgia Bar No. 671150
MAWULI M. DAVIS
Georgia Bar No. 212029
*Attorneys for Plaintiff*

**Davis Bozeman Law Firm, P.C.**
4153-C Flat Shoals Parkway
Suite 332
Decatur, Georgia 30034
(404) 244-2004 (Office)
hspence@davisbozemanlaw.com
mdavis@davisbozemanlaw.com

/s/ Terry E. Williams
TERRY E. WILLIAMS
Georgia Bar No. 764330
*Attorney for Defendants*

**Williams & Waymire, LLC**
4330 South Lee Street
Bldg.400, Ste A
Buford, Georgia 30518
(678) 541-0790 (Office)
terry@wmwlaw.com