# EXHIBIT A

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WASHINGTON COUNTY, GEORGIA
**SUCR2018000046**
**FLANDERS**
APR 02, 2025 08:14 AM

Megan Cramer, Clerk
Washington County, Georgia

IN THE SUPERIOR COURT OF WASHINGTON COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA | : | INDICTMENT NO: |
| | : | 18CR00046A (Henry Lee Copeland) |
| Vs. | : | 18CR00046B (Michael Howell) |
| | : | 18CR00046C (Rhett Scott) |
| HENRY LEE COPELAND, | : | |
| MICHAEL HOWELL and | : | |
| RHETT SCOTT, | : | |
| Defendants | : | |

## ORDER SPECIALLY SETTING TRIAL DATE and SCHEDULING PRETRIAL HEARINGS

After conferring with the District Attorney Pro Tempore, Defendants' Counsel and the Clerk of Court the following proceedings are specially set to assure the orderly consideration of these three cases:

1. Pretrial Motions.

    a. All pretrial motions, including motions in limine, are to be filed on or before June 2, 2025. The motions shall include a brief memorandum citing the specific issues involved, the relation of the issue to the facts of this case, applicable law and the relief requested. As part of each motion there shall be a statement as to whether an evidentiary hearing, a hearing requiring oral argument only, or a ruling based upon briefs is needed.

    b. The opposing party shall file a responsive brief on the issue(s) raised and applicable law no later than twenty (20) days after the date the original motion is filed. The responsive brief shall include a statement as to whether an evidentiary

  hearing, a hearing requiring oral argument only, or a ruling based upon briefs is needed.

 c. After June 2, 2025, no pretrial motions are to be filed except for good cause shown.

 d. The presiding judge shall be provided a copy of all motions and briefs in response to the motions.

 e. All pretrial motions hearings will be scheduled for August 5, 2025 beginning at 9:00 AM., and if unable to complete on August 5, 2025 then to be completed on August 8, 2025 beginning at 9:00 AM. When a motion is filed, a copy of the Motion and a Proposed Rule Nisi (if a hearing is requested) shall be provided to the presiding judge (this may be provided by email or through postal service).

2. Jury Trial. The jury trial is specially set for November 3, 2025, and to continue on consecutive weekdays until completed. Based upon discussion with counsel, the parties are to plan for three uninterrupted weeks (November 3 – 21, 2025). After careful consideration, a special setting is necessary due to the number of Defendants, Counsel, the need to allow the parties to schedule the availability of expert witnesses and the availability of a courtroom. The trial date has been selected after consultation with all parties and was specifically selected to avoid any conflicts. The Court is to be informed at the earliest practicable time of any conflict or scheduling issue.

 So ordered April 2, 2025.

           *H. Gibbs Flanders, Jr.*
           H. Gibbs Flanders, Jr., Presiding by Designation
           Senior Superior Court Judge
             1101-L Hillcrest Parkway, PMB #102
             Dublin, GA  31021